No. 271. CARLISLE, TRADING AS CARLISLE DRUGS, *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Edward S. Hemphill* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 272. JOHNSON ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied. *David R. Shelton* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice, Robert N. Anderson* and *Meyer Rothwacks* for respondent.

No. 273. CHICAGO GREAT WESTERN RAILWAY Co. *v.* RAMSEY. Supreme Court of Minnesota. Certiorari denied. *David L. Grannis* and *Bryce L. Hamilton* for petitioner. *Carl L. Yaeger* for respondent.

No. 274. CHITTO ET AL. *v.* UNITED STATES ET AL. Court of Claims. Certiorari denied. *Horace S. Whitman* and *Robert C. Handwerk* for petitioners. *Solicitor General Rankin, Assistant Attorney General Morton, Roger P. Marquis* and *Harold S. Harrison* for the United States, and *W. F. Semple* for the Choctaw Nation, respondents.

No. 282. MAYER, ADMINISTRATRIX, *v.* CHASE NATIONAL BANK OF NEW YORK, TRUSTEE, ET AL. C. A. 2d Cir. Certiorari denied. *Edward F. Unger* for petitioner. *Jacob K. Javits,* Attorney General, *James O. Moore, Jr.,* Solicitor General, and *Ruth Kessler Toch* and *Daniel M. Cohen,* Assistant Attorneys General, for the State of New York, respondent.